UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 05-30043 MAP |
| | ) | |
| | ) | VIOLATIONS: |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) - |
| | ) | Possession with intent to |
| | ) | Distribute and |
| v. | ) | Distribution of Cocaine |
| | ) | Base |
| | ) | |
| | ) | 18 U.S.C. § 2 - |
| | ) | Aiding and Abetting |
| | ) | |
| LUIS BIAGGI, | ) | 21 U.S.C. § 853 - |
| Defendant | ) | Forfeiture Allegation |

### INDICTMENT

The Grand Jury charges:

**COUNT ONE:**   Title 21, United States Code, Section 841(a)(1) - Possession with Intent to Distribute and Distribution of Cocaine Base; Title 18, United States Code, Section 2 - Aiding and Abetting

On or about February 8, 2005, in Holyoke, in the District of Massachusetts,

**LUIS BIAGGI,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute and distribute a quantity of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

The possession with the intent to distribute cocaine base described in Count One of the Indictment involved five grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II

controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to Count One.

All in violation of Title 21, United States Code, Section 841(a)(1); and, Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Count One of this Indictment,

**LUIS BIAGGI**

the Defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant -

   (a) cannot be located upon the exercise of due diligence;
   (b) has been transferred or sold to, or deposited with, a third party;
   (c) has been placed beyond the jurisdiction of the Court;
   (d) has been substantially diminished in value; or
   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Paul Hart Smyth
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS: _____JUNE 9_____, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK OF THE COURT
4:00pm

4

SJS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** Holyoke      **Category No.** II      **Investigating Agency** FBI

**City** Springfield      **Related Case Information:**

**County** Hampden

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  Luis M. Biaggi      **Juvenile**  ☐ Yes  ☒ No

**Alias Name**

**Address**  470 Maple Street, Holyoke, MA

**Birth date (Year only):** 1983   **SSN (last 4 #):** 9837   **Sex** M   **Race:** Hispanic   **Nationality:**

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:**

**U.S. Attorney Information:**

**AUSA**  Paul H. Smyth      **Bar Number if applicable**  634600

**Interpreter:**  ☐ Yes  ☒ No      **List language and/or dialect:**

**Matter to be SEALED:**  ☒ Yes  ☐ No

☐ Warrant Requested      ☐ Regular Process      ☒ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody _____   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 6/9/05      **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Luis M. Biaggi

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21:841a1 | Possess. w/intent to Dist. Cocaine, aid and abet | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**