AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

FIRST  DISTRICT OF  MASSACHUSETTS

**UNITED STATES**

V.

**LUIS M. BIAGGI**

**APPEARANCE**

Case Number: 05-30043 MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case   United States of America

I certify that I am admitted to practice in this court.

June 9, 2005
Date

Signature

PAUL H. SMYTH                               634600
Print Name                                    Bar

1550 MAIN STREET, SUITE 310
Address

SPRINGFIELD,        MA        01103
City                State           Zip Code

413-785-0235          413-785-0394
Phone Number                         Fax