UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA          )
                                  )
                                  )
                    v.            )          Criminal No. 05-30043-MAP
                                  )
                                  )
LUIS BIAGGI,                      )
                    Defendant     )


INTERIM SCHEDULING ORDER
October 11, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1.    A final status conference will be held on November 22, 2005, at 2:30

p.m. in Courtroom III.

2.    On or before the close of business, November 18, 2005, a joint

memorandum addressing the items set forth in Local Rule 116.5(A)(1)

through (7) shall be filed with the court.


IT IS SO ORDERED.

                                  /s/   Kenneth P. Neiman
                                  KENNETH P. NEIMAN
                                  U.S. Magistrate Judge