UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.                                    )<br>)<br>LUIS BIAGGI,                      )<br>      Defendant             ) | No. 05-33043-MAP |

## DEFENDANT'S EMERGENCY MOTION FOR CONTINUANCE

Now comes counsel for the defendant in the above-entitled action and respectfully moves the Court to grant a continuance of the status conference in this matter presently scheduled for November 22, 2005, for the following grounds and reasons:

1. Defendant's counsel has been occupied by medical malpractice trials, one of which he just completed last week.

2. Counsel has not had time to review discovery provided by the Government in this case and consider whether or not motions are required.

3. Counsel needs further time to review materials, meet with his client, and consider the proper course of action in this case.

4. The Government does not object to this continuance so long as the period is excludable under the Speedy Trial Act, and the defendant does not object to excluding such further period.

Wherefore, for the foregoing reasons, counsel requests that the status conference be continued to the next earliest date convenient to the Court and the government.

An affidavit of counsel in support of this motion is appended hereto.

The defendant,

By: *[signature]*
John S. Ferrara, Esq. BBO No. 542078
Dalsey, Ferrara, & Albano
73 State Street, Suite 101
Springfield, MA 01103
Tel. No. (413) 736-6971
Fax No. (413) 746-9224

Dated: November 21, 2005

## AFFIDAVIT IN SUPPORT OF MOTION FOR CONTINUANCE

I, John S. Ferrara, upon information and belief depose and state:

1. I am an attorney at law representing the defendant in the above-entitled action.

2. The facts set forth in the foregoing numbered paragraphs are true.

3. This application for a continuance is made in good faith and is not made for the purposes of delay.

Signed under the pains and penalties of perjury.

*[signature]*
John S. Ferrara

## CERTIFICATE OF SERVICE

I, John S. Ferrara, hereby certify that a true copy of the foregoing document was served upon the Government by hand-delivering a copy of same to Arianne Vuono, Assistant U.S. Attorney, Office of the United States Attorney, 1550 Main Street, Springfield, Massachusetts on this date, November 21, 2005.

*[signature]*
John S. Ferrara