```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
                             )
         v.                  )   CRIMINAL NO. 05-cr-30043-MAP
                             )
                             )
LUIS BIAGGI,                 )
     Defendant.              )
```

### THE GOVERNMENT'S AND THE DEFENDANT'S STATUS REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, through the undersigned assistant U.S. Attorney, and Attorney John Ferrara, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1.   The parties agree that this is not a complex case and therefore relief from the timing requirements imposed by Local Rule 116.3 is unnecessary.

2.   The government has provided automatic discovery to the defendant pursuant to Fed.R.Crim.P. 16.1 (C) and 116.2 of the Local Rules of the United States.  Attorney Ferrara intends to request further discovery.  The government has requested reciprocal discovery pursuant to Fed.R.Crim.P. 16(B)(1)(C).

3.   The parties agree that it is premature for a motion date to be established under Fed.R.Crim.P. 12(c).

4.   The parties agree that the time from November 22, 2005 through the next date, to be scheduled December 1, 2005, is excludable from the Speedy Trial Act in the interests of justice

pursuant to 18 U.S.C. Section 3161(h)(B)(iv) and Local Rule 112.2(A)(1),(2), and (3). Counsel for Defendant's competing caseload has delayed counsel's ability to either fully review the discovery with the Defendant and to prepare pretrial motions. Accordingly, the government requests that the Court issue an order indicating that the time from initial appearance to the present is excludable pursuant to Local Rule 112.2(B).

5.  The parties are unclear at present whether this case will be resolved pursuant to a trial or a change of plea.

6.  The parties agree that it is premature to establish a final status conference at this time.

Filed this 30th day of November, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Paul Hart Smyth
_____
Paul Hart Smyth
Assistant U.S. Attorney


_____
John Ferrara, Esq.
Counsel for Luis Biaggi