UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Criminal No. 05-30043-MAP |
| ) | |
| LUIS BIAGGI,              ) | |
|     Defendant ) | |

INTERIM STATUS REPORT
December 2, 2005

NEIMAN, U.S.M.J.

The court held an initial Status Conference on December 1, 2005, pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a final Status Conference for January 18, 2006.

3. The parties -- and the court -- have agreed and determined for the reasons set forth in the parties' status report that no time has run on the Speedy Trial Clock through December 1, 2005. A separate order shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

                                                                /s/ Kenneth P. Neiman
                                                                KENNETH P. NEIMAN
                                                                U.S. Magistrate Judge