UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>LUIS BIAGGI, )<br>Defendant ) | No. 05-33043-MAP |

# THE PARTIES' JOINT STATUS REPORT PURSUANT TO LOCAL RULE 116.5(A)

1. **Whether Relief Should Be Granted From Otherwise Applicable Timing Requirements of L.R. 116.3**

    The parties agree that relief from the timing requirements of L.R. 116.3 is warranted.

2. **Defendant's Request for Discovery Concerning Expert Witnesses**

    Defendant, Luis Biaggi, will require expert discovery concerning the recording equipment used to record an alleged undercover sale of narcotics by the defendant.

3. **Whether Future Discovery To Be Provided**

    Defendant Luis Biaggi does not anticipate requesting further discovery from the Government other than information regarding the recording equipment specified in paragraph 2, above, and any information not provided in response to a discovery letter previously served upon the Government, a copy of which is filed herewith.

    The Government does not anticipate that additional discovery will be provided by the Government to the defendant as a result of the future receipt of information, documents, or reports of examinations or tests.

4. **Whether A Motion Date Should Be Established Pursuant to F.R.Cr.P. 12(c)**

    A motion date is not required at this time.

5.  **What Periods of Excludable Delay Should Be Ordered Under the Speedy Trial Act**

    The parties agree that the time from arraignment through the present is excludable from the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and L.R. 112.2(A)(1), (2), and (3). Accordingly, the government requests that the Court issue an order indicating that the time form arraignment to the present is excludable pursuant to L.R. 112.2(B).

6.  **Whether A Trial Is Anticipated, and Length**

    It has not yet been determined if a trial will be necessary.

7.  **Date for Final Status Conference and/or Interim Status Conference**

    Defendant Luis Biaggi requests a final status conference to be held in thirty (30) to sixty (60) days.

|  |  |
|---|---|
| The defendant, | Michael J. Sullivan<br>U.S. Attorney |
| By: _____<br>John S. Ferrara, Esq.<br>Dalsey, Ferrara, & Albano<br>73 State Street, Suite 101<br>Springfield, MA  01103<br>Tel. No. (413) 736-6971<br>Fax No. (413) 746-9224<br>BBO No. 542078 | By: _____<br>Paul Smyth, A.U.S.A.<br>U.S. Department of Justice<br>111550 Main Street, Room 310<br>Springfield, MA  01103<br>Tel. No. (413) 785-0235<br>Fax No. (413) 785-0394 |

Dated:     January 18, 2006