# DALSEY, FERRARA & ALBANO

Attorneys At Law
73 State Street, Suite 101
Springfield, MA 01103-2094

TELEPHONE (413) 736-6971 - FAX (413) 746-9224
E-mail: jsferrara@charter.net

John F. Dalsey
John S. Ferrara
Mark J. Albano

WRITER'S DIRCT DIAL NUMBER:
413-736-7235

December 14, 2005

Paul Hart Smyth, A.U.S.A
U.S. Department of Justice
1550 Main Street, Room 310
Springfield, MA 01103

RE: United States v. Luis Biaggi, Crim. No.

Dear Mr. Smyth:

In accordance with our recent discussions, would you please provide me with those items of discovery listed hereinafter, including all discovery that Magistrate Neiman ordered producible at the recent hearing on the discovery motion in the matter of United States v. Michael Cecchetelli, Crim. No. 05-30030-MAP:

1. **Electronic Surveillance and Consensual Interceptions; Expert Opinions Re: Same.** An audible copy of the alleged undercover purchase of narcotics from the defendant, Luis Biaggi. I was able to open and play the video CDs provided pursuant to L.R. 116.4, my client cannot be seen on the video, and the audio quality is so poor that the conversations recorded are not intelligible. I need to play the DVD for Mr. Biaggi in order to discuss with him the Government's evidence, so anything that you can do to expedite my receipt of the DVD will be helpful. Also, if you intend to offer any expert evidence relative to the video and audio recordings of the alleged narcotics purchase, defendant requests expert discovery pursuant to Rule 16 (a)(1)(F)& (G).

2. **Statements.** Copies of all statements, summaries of interviews, tape recordings, reports of statements, and/or any memorialization of statements allegedly made by the defendant, Luis Biaggi. This request includes, but is not limited to, any rough notes, records, reports, transcripts or other documents and tapes in which statements of the defendant are contained. The documents and tapes are discoverable under Fed. R. Crim. P. 16(a)(1)(A). Magistrate Neiman has been ordering production of notes pursuant to U.S. v. Alhomandis, USDC No. 2004-10004-PBS (1st Cir., 2004), a decision by Magistrate Judge Collings.

Page Two
Letter to Paul Smyth, AUSA
December 14, 2005

3. **Identifications.** It is requested that the United States state whether the defendant was identified in any lineup, show-up, photo spread or similar identification proceeding, and that defendant be provided with color copies of any photographs shown to any witness in order for the witness to make an identification of the defendant and copies of any report of any federal agent regarding that identification procedure.

4. **Exculpatory Evidence.** In accordance with the provision of FRCP 16(a)(1)(E), the defendant request the following items that are material to the preparation and presentation of his defense(s). Copies of:

   a) All written agreements between the cooperating witness, Julian Rios and the U.S. Attorneys Office or any federal law enforcement agency, related to the investigation and/or prosecution of Luis Biaggi or other persons in whose cases Mr. Rios is involved as a cooperating witness or confidential informant;

   b) All records and receipts for payments made to Julian Rios for his work as a CW in this case;

   c) All records of payments made for Julian Rios' use of the cellular telephone(s) provided by the government;

   d) All records of expenses incurred by or on behalf of Julian Rios on account of his work in this investigation/case;

   e) All requests for approval of payments to Julian Rios, made to FBI Headquarters or any other Federal, State or Local agency, along with each written response to such application;

   f) The Initial Suitability Report & Recommendation for Julian Rios along with a statement identifying the agency providing payment and supervision for Julian Rios;

Page Three
Letter to Paul Smyth, AUSA
December 14, 2005

g) Any evidence, including any medical or psychiatric reports or evaluations, tending to Julian Rios' ability to perceive, remember, communicate, or tell the truth is impaired; and any evidence that Mr. Rios used narcotics or other controlled substance during the time that he has been a cooperating witness or confidential informant, or for one year preceding the start of his cooperation with the Government. *United States v. Strifler*, 851 F.2d 1197 (9th Cir. 1988); Chavis v. North Carolina, 637 F. 2d 213, 224 (4th Cir. 1980); *United States v. Butler*, 567 F. 2d 885 (9th Cir.1978).

h) All Continuing Suitability Reports and Recommendations regarding Julian Rios regarding this investigation/case and such additional reports regarding his performance as may have been generated;

i) Results of each drug use test administered to Julian Rios during any time he has worked with the government as a CW or CI;

j) Results of each polygraph administered to Julian Rios during any time he worked for/with the government as a CW or CI;

k) All Tier 1 Otherwise Illegal Activity Authorizations related to Julian Rios during the course of this investigation/case;

l) All Tier 2 Otherwise Illegal Activity Authorizations related to Julian Rios during the course of this investigation/case;

m) The JLEA files for Julian Rios;

n) Disclosure of whether Julian Rios has been advised that his assistance will be made known to any sentencing judge in any criminal case that he may have pending against him or that might be brought against him.

Page Four
Letter to Paul Smyth, AUSA
December 14, 2005


5. **Laboratory Tests.**   Any reports of laboratory tests of controlled substances allegedly obtained from Luis Biaggi.


Please call me if you object to any of the foregoing requests or wish to discuss same.


Sincerely,

John S. Ferrara


cc: Luis Biaggi