```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
                              )
       v.                     )   CRIMINAL NO. 05-30043-MAP
                              )
                              )
LUIS BIAGGI,                  )
       Defendants.            )
```

### JOINT MOTION TO CONTINUE THE STATUS CONFERENCE

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests this Court to continue the final status conference in the above-captioned matter from February 23, 2006 to a date after February 28, 2006.

In support of this motion, the Government states that Attorney Ferrara is presently, and completely, occupied as counsel in a murder trial, <u>Commonwealth v. Joanne Brodeur</u>, in Hampden County Superior Court. The trial should be completed by February 28, 2006. Attorney Ferrara's defense responsibilities have interfered with his ability to file this motion. The undersigned assistant U.S. Attorney assented to Ferrara's request to continue the status conference and agreed to file this motion.

Respectfully filed this 23rd day of February 2006.

                                        Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                    By:  /s/ Paul Hart Smyth
                          _____
                          Paul Hart Smyth

```
                              Assistant U.S. Attorney


                              /s/ John Ferrara
                              _____
                              Attorney John Ferrara
                              Counsel for Luis Biaggi
```