UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 05-30043-MAP |
| | ) | |
| LUIS BIAGGI, | ) | |
| Defendant | ) | |

## DEFENDANT'S MOTION FOR CONTINUANCE

Now comes the defendant in the above-entitled action and respectfully moves the Court to grant a continuance of the above-entitled action, said action having been set for Final Status Conference on March 3, 2006, for the following grounds and reasons:

1. Defendant is being held on both state and federal charges, and his detention will not be extended or affected by a continuance of this matter.

2. This case has been scheduled for a final status conference on March 3, 2006, having been continued to that date because defense counsel was on trial in another matter on the date previously scheduled.

3. Defense counsel needs additional time before the final status conference for the following reasons:

    (1) If the defendant is to plead guilty in this case, it is in his interests to try to coordinate resolution of his state and federal cases.

    (2) Counsel for the defendant in the state and federal cases have been attempting to schedule a meeting with the defendant at the Hampden County House of Correction, but the two counsel have been unable to coordinate their schedules. The other attorney, Anthony Bonavita, Esq., was on vacation early in February, and defense counsel in this case was tied up preparing for and trying a case in the Hampden County Superior Court through most of February, to February 25, 2006.

(3) If this case is not to result in a plea, then defense counsel is anticipating some further discovery from the Government, by agreement, including a diagram of the area of the alleged drug transaction and indication as to where federal agents were when they claim to have observed the defendant engaged in the transaction.

4. Counsel will persist in trying to arrange a meeting with the defendant and Attorney Bonavita at the earliest date and time that Attorney Bonavita is available.

5. Counsel feels that it is in his client's interest to request this further continuance of this case.

6. The Government does not oppose this continuance.

Wherefore, for the foregoing reasons, counsel requests that this motion be allowed and that the final status conference be continued for another two weeks.

An affidavit of counsel in support of this motion is appended hereto.

The defendant,

By: /s/ John S. Ferrara

John S. Ferrara, Esq.
Dalsey, Ferrara, & Albano
73 State Street, Suite 101
Springfield, MA 01103
Tel. No. (413) 736-6971
Fax No. (413) 746-9224
BBO No. 542078
March 1, 2006

## AFFIDAVIT IN SUPPORT OF MOTION FOR CONTINUANCE

I, John S. Ferrara, upon information and belief depose and state:

1.   I am an attorney at law representing the defendant in the above-entitled action.

2.   The facts set forth in the foregoing numbered paragraphs are true.

3.   This application for a continuance is made in good faith and is made not for the purposes of delay.

Signed under the pains and penalties of perjury.

_____
John S. Ferrara