UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
                                  )
          v.                      )   CRIMINAL NO. 05-cr-30043-MAP
                                  )
                                  )
LUIS BIAGGI,                      )
     Defendant.                   )

THE GOVERNMENT'S AND THE DEFENDANT'S STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(C)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, through the undersigned assistant U.S. Attorney, and Attorney John Ferrara, counsel for Luis Biaggi, hereby submits the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1.   The government has provided automatic discovery to the defendant pursuant to Fed.R.Crim.P. 16.1 (C) and 116.2 of the Local Rules of the United States. The defendant has requested further discovery through his motion (Dkt. #28) on March 1, 2006 and Attorney Ferrara has announced his intention to file additional letters requesting discovery. The government has responded in part to the Defendant's request for information pertaining to surveillance locations. The government anticipates to finalize its response by March 27, 2006. The parties do not anticipate significant disputes concerning discovery issues.

2.   The defendant does not intend to raise either an insanity defense or a defense of public authority.

Case 3:05-cr-30043-MAP   Document 29   Filed 03/21/2006   Page 2 of 3

3.    The government has requested notice of alibi.  The Defendant has not yet responded with notice of alibi.

4.    Counsel for Defendant is not yet certain as to whether he will file any motion to sever, dismiss, or suppress on behalf of the Defendant.

5.    The parties agree that the time from February 23, 2006, through March 21, 2006 is excludable from the Speedy Trial Act because the defendant's discovery requests were pending.  See 18, U.S.C. § 3161(h)(1)(f).  In addition the time should be excluded in the interests of justice pursuant to Title 18 United States Code, Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3) since counsel has needed this time to review the Government's evidence with the defendant and to fashion discovery and pretrial motions.  Accordingly, the government requests that the Court issue an order indicating that the time from February 23, 2006 to the present is excludable pursuant to Local Rule 112.2(B).

6.    The parties are unclear at present whether this case will be resolved pursuant to a trial or a change of plea.  The parties' negotiations have been complicated by the Defendant's pending state court cases.

7.    The parties agree that it is appropriate to schedule a final status hearing to ensure the discovery issues have been resolved.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Paul Hart Smyth
     _____

     Paul Hart Smyth
     Assistant U.S. Attorney


      /s/ John S. Ferrara
     _____

     Attorney John Ferrara
     Counsel for the Defendant Biaggi