# DALSEY, FERRARA & ALBANO

Attorneys At Law
73 State Street, Suite 101
Springfield, MA 01103-2094

TELEPHONE (413) 736-6971 - FAX (413) 746-9224
E-mail: jsferrara@charter.net

John F. Dalsey
John S. Ferrara
Mark J. Albano

WRITER'S DIRCT DIAL NUMBER:
413-736-7235

December 14, 2005

Paul Hart Smyth, A.U.S.A
U.S. Department of Justice
1550 Main Street, Room 310
Springfield, MA 01103

      RE: <u>United States v. Luis Biaggi</u>, Crim. No.

Dear Mr. Smyth:

In accordance with our recent discussions, would you please provide me with those items of discovery listed hereinafter:

1. The names of the agents or officers who claim to have witnessed the 'controlled buy' of narcotics by Julian Rios from Luis Biaggi on February 8, 2005.

2. The surveillance location of each agent or officer identified at the time that they witnessed the 'controlled buy'.

3. All identification procedures utilized for identification of Luis Biaggi as the person who engaged in a narcotics transaction on that date, the names of the persons who made such identification, and if Mr. Biaggi was identified through a photo spread or similar identification proceeding, color copies of any photographs shown to any witness in order for the witness to make the identifications. (Previously requested, see letter of Dec. 14, 2005).

4. Any report of any federal agent or police officer regarding that identification procedure. (Previously requested, see letter of Dec. 14, 2005).

5. The names of the FBI agents who displayed a photographic lineup to Julian Rios on June 2, 2005, as detailed in your letter to me of March 13, 2006.

6. The name of any agent or officer who was present and witnessed the controlled buy made by Julian Rios from the person who was later mistakenly identified as Andres Cotto.

7. The name of any agent or officer who was present and witnessed the controlled buy made by Julian Rios from the person who was later mistakenly identified as Andres Cotto.

8. Copies of the photographs of the 28 males shown to Rios on June 2, 2005.

9. Any report of any agent or police officer relating to the discovery of the misidentifications, how the misidentifications were determined, and how the misidentifications were communicated to the United States Attorney's Office.

10. Any written statements of Julian Rios regarding the misidentification of Rodriguez or Cotto.

11. Any oral statements of Julian Rios regarding the misidentification of Rodriguez or Cott.

12. Any suitability reports or recommendations, and any supplemental reports, addendums or amendments since the time that he began his cooperation with the government to present.

Please call me if you object to any of the foregoing requests or wish to discuss same.

Sincerely,

John S. Ferrara

cc: Luis Biaggi