UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-cr-30043-MAP |
| ) | |
| LUIS BIAGGI, ) | |
| Defendant. ) | |

THE GOVERNMENT'S AND THE DEFENDANT'S STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(C)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, through the undersigned assistant U.S. Attorney, and Attorney John Ferrara, counsel for Luis Biaggi, hereby submits the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1.   The government has provided automatic discovery to the defendant pursuant to Fed.R.Crim.P. 16.1 (C) and 116.2 of the Local Rules of the United States.  The parties do not anticipate significant disputes concerning discovery issues.  The government has agreed to provide the requested information, if it exists, in the Defendant's discovery letter filed March 21, 2006 (Dkt. # 30).

2.   The defendant does not intend to raise either an insanity defense or a defense of public authority.

3.   The government has requested notice of alibi.  The Defendant has not yet responded with notice of alibi.

4.   Counsel for Defendant is not yet certain as to whether

he will file any motion to sever, dismiss, or suppress on behalf of the Defendant.

5.   The parties agree that the time from March 21, 2006 through the pretrial date is excludable from the Speedy Trial Act because the defendant's discovery requests are pending.  See 18, U.S.C. § 3161(h)(1)(f).  In addition the time should be excluded in the interests of justice pursuant to Title 18 United States Code, Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3) since counsel has needed this time to review the Government's evidence with the defendant and to fashion discovery and pretrial motions, and for reasons of continuity of counsel (with respect to both parties).  Accordingly, the government requests that the Court issue an order indicating that the time from April 20, 2006 through the pretrial conference is excludable pursuant to Local Rule 112.2(B).

6.   The parties are unclear at present whether this case will be resolved pursuant to a trial or a change of plea.  The parties' negotiations have been complicated by the Defendant's pending state court cases.  A trial in this case would take 3 to 4 days.

7.   The parties agree that it is appropriate to schedule a pretrial conference date.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                          By:  /s/ Paul Hart Smyth

```
_____
Paul Hart Smyth
Assistant U.S. Attorney
```

```
/s/ John Ferrara
Attorney John Ferrara
Counsel for the Defendant Biaggi
```