

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*   *Federal Building and Courthouse*
*Facsimile:       (413) 785-0394*   *1550 Main Street, Room 310*
                                    *Springfield, Massachusetts 01103*

April 20, 2006

Attorney John Ferrara
73 State Street
Springfield, MA 01103

    Re:  United States v. Luis BIAGGI
         Criminal No. 05-cr-30043

Dear Attorney Ferrara:

    Enclosed please find the following two reports that further detail the process by which the FBI identified the defendant:

1. FBI Form 302, date of transcription 2/9/05; authored by Special Agent Mark Karangekis; summary of the controlled purchase from the defendant on February 7, 2005 (four pages);

2. FBI Report; dated 10/8/04; authored by Task Force Agent Frank Ott; photograph of the defendant; (two pages).

    Please contact the undersigned assistant U.S. Attorney at (413)785-0235 if you have questions concerning the above.

                                 Very truly yours,

                                 MICHAEL J. SULLIVAN
                                 United States Attorney

                       By:  /s/ Paul Hart Smyth
                             _____
                             Paul Hart Smyth
                             Assistant U.S. Attorney