UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>LUIS BIAGGI, )<br>Defendant ) | Criminal No. 05-30043-MAP |

FINAL STATUS REPORT
April 20, 2006

NEIMAN, C.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. Discovery is essentially completed. The parties do not anticipate any issues with regard to some remaining discovery items.

2. An initial pretrial conference has been scheduled for May 17, 2006, at 3:30 p.m. in Courtroom I.

3. The parties estimate that a trial, if necessary, will take three to four days.

4. Defendant does not intend to raise a defense of insanity or public authority.

5. The parties -- and the court -- agree that, as of today, no time has run on the Speedy Trial clock. An Order of Excludable Delay shall issue.

6. There are no other matters relevant to the progress or resolution of the case.

DATED: April 20, 2006

   /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
Chief Magistrate Judge