UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
            v.                  )        Criminal Action No.  05-30043-MAP
                                )
LUIS BIAGGI,                    )
                  Defendant     )


ORDER OF EXCLUDABLE DELAY


In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders

excludable delay for the time periods and the reasons checked below.


April 20, 2006                              /s/    Kenneth P. Neiman
Date                              Chief U.S. Magistrate Judge


REFER TO DOCUMENT:   Agreement of the Parties and the Court's Finding on the Record


[ ]    XA    _____    Proceedings including examinations to determine mental competency or
                                physical capacity in accord with 18 U.S.C.§3161(h)(1)(A)

[ ]    XD    _____    Interlocutory Appeal in accord with 18 U.S.C.§3161(h)(1)(E)

[X]    XE    02/23/06, 03/01/06    Pretrial motions from filing date to hearing or disposition in accord with
                                18 U.S.C.§3161(h)(1)(F)

[ ]    XG    _____    Proceedings under advisement in accord with 18 U.S.C.§3161(h)(1)(J)

[ ]    XH    _____    Miscellaneous proceedings concerning defendant in accord with
                                18 U.S.C.§3161(h)(1)

[ ]    XM    _____    Absence or unavailability of defendant or essential Government witness in
                                accord with 18 U.S.C.§3161(h)(3)

[ ]    XN    _____    Period of mental or physical incompetency or physical inability to stand trial
                                in accord with 18 U.S.C.§3161(h)(4)

[X]    XT    02/24/06-05/17/06    Continuance granted in the interest of justice in accord with
                                18 U.S.C.§3161(h)(8)