UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR NO. 05-30043-MAP |
| LUIS BIAGGI | ) |

SCHEDULING ORDER

May 19, 2006

PONSOR, D.J.

Counsel appear for an initial pretrial conference on May 17, 2006. Based on counsel's representations, the court orders as follows:

1. Defendant's motion regarding discovery will be filed on or before May 26, 2006.

2. The government's response or opposition to the motion will be filed on or before June 9, 2006.

3. Counsel will appear for argument or discussion regarding the motion on June 20, 2006 at 3:00 p.m.

4. The government will file a Motion to Exclude Time up to May 26, 2006 and will indicate whether Defendant assents.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge