```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
                              )
        v.                    )   CRIMINAL NO. 05-30043-MAP
                              )
                              )
LUIS BIAGGI,                  )
    Defendants.               )
```

**THE GOVERNMENT'S RESPONSE TO THE DEFENDANT'S MOTION TO DISCOVER IDENTIFICATION PROCEDURES AND SURVEILLANCE LOCATIONS OF OFFICERS**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully responds to the defendant's motion for additional discovery (Dkt. # 36). The above-captioned indictment alleges the defendant Biaggi distributed cocaine base on February 7, 2005 during a controlled purchase orchestrated by the FBI Western Massachusetts Gang Task Force (GTF). None of the GTF agents, who were present for this offense, viewed the actual exchange of cocaine base for money between the defendant Biaggi and the FBI Cooperating witness, Julian Rios. However, four different agents identified the defendant Biaggi as present at or near the intersection of Sargent Street and Chestnut Street in Holyoke.[1] The defendant's presence was significant - consistent in time and location - with the individual who met with, and than sold, the crack cocaine to the informant.

---

[1] The intersection of Sargent Street and Chestnut Street is the location the alleged distribution, as outlined in the above-captioned indictment, took place.

Massachusetts State Police Troopers Thomas Fitzgerald and Fred Geiger identified the defendant as he stood in front of a small park at the Northwest corner[2] of the intersection of Sargent Street and Chestnut Street.  This occurred moments after the defendant initially met with Rios inside Rios's car at which time the car was parked in front of the park.  Both troopers identified the defendant from their respective surveillance vehicles as the agents twice rode past the defendant on Sargent Street.  The investigators believe the defendant Biaggi was waiting for his drug source when they identified him at that location.

Both Geiger and Fitzgerald were familiar with the defendant when they identified him on February 7, 2006, and they have had personal encounters with him beginning in 2002.  These encounters occurred during the troopers drug investigations into the area of Sargent Street and Chestnut Street and resulted in the defendant's arrest for drug offenses in Holyoke in 2003.  In addition to the personal encounters with the defendant, both Geiger and Fitzpatrick had observed photographs of Biaggi as part of their drug investigation.  Geiger and Fitzpatrick also reviewed the set of three photographs of Biaggi on February 7, 2005, before they observed him at the corner of Sargent and Chestnut Street.  The government has previously provided these

---

[2]This site is the corner of Sargent and Chestnut Street intersection that is closest to the intersection of Elm Street and Hampshire Street.

photographs to you - one frontal photograph view and two photographs depicting side views. These photographs have been marked as Exhibit #1 for purposes of reference for this letter.

GTF Agent Frank Ott also knew the defendant from prior personal encounters with him. Ott reviewed the photographs marked as Exhibit #1 on February 7, 2005 before he and Karangekis observed the defendant at the intersection of Sargent and Chestnut Street. Ott and Karangekis identified the defendant from their vehicle, as the defendant was crossing the intersection of Sargent and Chestnut Street. Karangekis had not had a personal encounter with the defendant Biaggi before February 7, 2005.

The FBI's cooperating witness Julian Rios had been an acquaintance of Biaggi for approximately three years prior to February 7, 2005. According to Rio, he and the defendant Biaggi have been together in each other's presence numerous times. Special Agents Karangekis and Ott displayed approximately 28 photographs to Rios on June 1, 2005 and then again on June 2, 2005 before a federal grand jury.[3] The photographs depicted images of most of the individuals from whom Rios had purchased either drugs or firearms as part of the FBI's investigation into the Latin Kings. On both June 1, and June 2, Rios was asked whether he could provide the identity for each individual. On both dates, he indicated that a photograph, marked Grand Jury

---

[3] A color copy of each photograph is enclosed.

Exhibit 7; dated June 2, 2005, was of Luis Biaggi, a.k.a. "King Big."

The government has previously disclosed that the cooperating witness made an erroneous identification of Andres Cotto and Tito Rodriguez. None of the above-mentioned agents who identified the defendant Biaggi witnessed the transactions involving either Cotto or Rodriguez. Agent Karangekis concluded that Rios's erroneous identifications were accurate after he reviewed video recordings of the transactions involving Cotto and Rodriguez. The government now believes that Karangekis was also mistaken.

The government has previously provided to counsel the existing reports relevant to the identification of the defendant Biaggi.[4] The FBI has not, as of the date of this response, authored any reports regarding the misidentifications of either Rodriguez or Cotto. Julian Rios has not written any statements concerning his misidentification. When Special Agent Karangekis questioned him about the erroneous identifications, Rios stated that he identified Cotto and Rodriguez because they looked like the individuals from whom he purchased drugs from on the respective dates. Rios further stated that he was not very familiar with either Cotto or Rodriguez, as compared with his familiarity with most of the other defendants.

---

[4] While Defendant's Motion, in ¶¶ 3,4 references his letter of "Dec. 14, 2005," counsel did not actually send the letter until March 2006.

```
                    Very truly yours,

                    MICHAEL J. SULLIVAN
                    United States Attorney

              By:   /s/ Paul Hart Smyth
                    _____
                    Paul Hart Smyth
                    Assistant U.S. Attorney
```