UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 05-30043-MAP |
| ) | |
| LUIS BIAGGI, ) | |
|     Defendant ) | |

**FILED IN CLERK'S OFFICE 2006 JUN 21 A 10: 37 U.S. DISTRICT COURT DISTRICT OF MASS.**

### DEFENDANT'S EMERGENCY MOTION FOR CONTINUANCE

Now comes counsel for the defendant in the above-entitled action and respectfully moves the Court to grant a continuance of the hearing on discovery motions in this matter, presently scheduled for June 23, 2006, on the grounds that counsel has a scheduled, prepaid, family vacation from June 22, 2006 to July 8, 2006 and will not be available.

Wherefore, for the foregoing reason, counsel requests that the status conference be continued to the next earliest date convenient to the Court and the government.

An affidavit of counsel in support of this motion is appended hereto.

          The defendant,

By: _____
John S. Ferrara, Esq. BBO No. 542078
Dalsey, Ferrara, & Albano
73 State Street, Suite 101
Springfield, MA  01103
Tel. No. (413) 736-6971
Fax No. (413) 746-9224

Dated: June 21, 2006

## AFFIDAVIT IN SUPPORT OF MOTION FOR CONTINUANCE

I, John S. Ferrara, upon information and belief depose and state:

1. I am an attorney at law representing the defendant in the above-entitled action.

2. The facts set forth in the foregoing document is true.

3. This application for a continuance is made in good faith and is not made for the purposes of delay.

Signed under the pains and penalties of perjury.

_____
John S. Ferrara

## CERTIFICATE OF SERVICE

I, John S. Ferrara, hereby certify that a true copy of the foregoing document was served upon the Government by hand-delivering a copy of same to Paul Smyth, Assistant U.S. Attorney, Office of the United States Attorney, 1550 Main Street, Springfield, Massachusetts on this date, June 21, 2006.

_____
John S. Ferrara