

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Facsimile:       (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

June 22, 2006

Attorney John Ferrara
73 State Street
Springfield, MA 01103

    Re:  United States v. Luis BIAGGI
        Criminal No. 05-cr-30043

Dear Attorney Ferrara:

    Enclosed please find a Holyoke Police Department Report (dated September 17, 2003; six pages total) which details the arrest of several individuals including the Defendant Biaggi. Please note Trooper Thomas Fitzgerald's involvement in the Defendant Biaggi's arrest on this date.  Fitzgerald is the same trooper who identified the defendant as standing on Chestnut Street as described in the government's response (Dkt. # 37) to the defendant's motion for discovery information (Dkt. #36). Trooper Geiger was also mentioned in this police report. Although Geiger may not have taken part in the defendant's actual arrest, Geiger believes he interacted with the defendant after his arrest while they were at the police station.

    Enclosed please also find 12 photographs of the defendant. The photographs were taken as booking photographs at either the

Page 2

Holyoke police station or the Hampden County Jail. Troopers Geiger and Fitzgerald, as well as FBI Task Force Officer Frank Ott, believe they had viewed most of these photographs prior to identifying the defendant on February 7, 2005. These investigators are not certain as to what specific dates they viewed the photographs.

    Please contact the undersigned Assistant U.S. Attorney at (413)785-0235 if you have questions concerning the above.

                                    Very truly yours,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                      By:  /s/ Paul Hart Smyth
                            _____
                            Paul Hart Smyth
                            Assistant U.S. Attorney

cc:
Assistant Clerk Elizabeth French
Clerk for the Honorable Michael A. Ponsor
w/o enclosures