UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )    CRIMINAL NO. 05-30043-MAP
                              )
LUIS BIAGGI,             )
     Defendant.               )


THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY

     The United States of America, by Michael J. Sullivan, United
States Attorney for the District of Massachusetts, through his
undersigned Assistant United States Attorney, respectfully
moves for an order of excludable delay under the Speedy Trial
Act, 18 U.S.C. §3161 from May 17, 2006 through July 14, 2006.  In
support of this motion, the Government states the following:

1.   From May 17 through May 24, 2006 -  Attorney Ferrara,
     counsel for the Defendant, needed this time to prepare
     defendant's discovery motion (Dkt. # 36).

2.   From May 24 through July 14, 2006 - The Defendant's
     discovery motion was pending during this time period.  In
     addition, this time should be excluded due to continuity of
     counsel since Attorney Ferrara was unavailable for the
     scheduled hearing date of June 23, 2006.

     It is in the best interests of the Defendant, the
government, and the public, to exclude the time from May 17,
2006, until July 14, 2006, from the period within which the trial
of this case must commence under the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Paul Hart Smyth
_____
Paul Hart Smyth
Assistant U.S. Attorney

Dated: June 27, 2006