```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )     Criminal No. 05-30043-MAP
                              )
                              )
        v.                    )
                              )
                              )
LUIS BIAGGI,                  )
        Defendant.            )
```

## MOTION FOR A CONTINUANCE

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, through the undersigned Assistant U.S. Attorney, respectfully requests this Court to continue this case from July 14, 2006 until a date on which the undersigned Assistant U.S. Attorney is available..

In support of this motion the parties submit that on June 6, 2006, the Court continued the next scheduled hearing date from June 20 to June 23.  On June 21, 2006, Attorney Ferrara filed the Defendant's Motion to Continue the hearing from June 23, 2006 to a further date, citing counsel's unavailability.  The Court continued the matter to July 14.  The undersigned Assistant U.S. Attorney is obligated to report for grand jury duty in Franklin Superior Court on July 14.  The undersigned Assistant U.S. Attorney is available July 10, 11, 12, 13, and 25.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Paul Hart Smyth
                              _____
```

                                              Paul Hart Smyth
                                              Assistant U.S. Attorney

Dated: June 27, 2006