```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )    Criminal No. 05-30043-MAP
                            )
                            )    21 U.S.C. § 851(a)(1)-
         v.                 )    (Sentence Enhancement for
                            )    Prior Drug Conviction)
                            )
                            )
LUIS BIAGGI,                )
         Defendant.         )
```

INFORMATION

Comes now the United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Paul Hart Smyth, Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and states that it is the intent of the United States to rely upon a previous felony drug conviction of the Defendant Biaggi to increase the punishment that may be imposed by this Court upon the Defendant Biaggi's conviction for the drug offenses alleged in Counts One of the Indictment in the above-captioned matter.

The prior felony convictions upon which the Government intends to rely upon are the following: (1) Possession with Intent to Distribute a Class A Controlled Substance (heroin); (2) Possession of a Class A Substance (heroin).  The convictions arise from Holyoke District Court Docket No. 03-17cr-3562, entered on April 12, 2004, in Holyoke District Court, Hampden

1

County, Massachusetts.

    A certified copy of the conviction has been ordered and will be maintained by the undersigned attorney for the government when received.

    Filed this 22th Day of August 2006.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                              United States Attorney

                              /s/ Paul Hart Smyth
                              Paul Hart Smyth
                              Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                              /s/ Paul Hart Smyth

                              Paul Hart Smyth
                              Assistant United States Attorney

Date: August 22, 2006