```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA

      V.                    CA NO:   05-30043-MAP

LUIS BIAGGI


**<u>NOTICE OF TRIAL</u>**


August 22, 2006

     The trial in the above captioned case shall commence on Monday, September 181, 2006 at 9:30 a.m.

     Motions <u>in limine</u>, if any, proposed Jury instructions and proposed <u>voir dire</u> questions will be filed no later than one week prior to trial. Trial will proceed from 9:00 until 1:00 p.m thereafter unless otherwise notified.


                                      MICHAEL A. PONSOR
                                      U.S. DISTRICT JUDGE


                                      <u>/s/Elizabeth A. French</u>
                                        Deputy Clerk


                                      Deputy Clerk