UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-30043-MAP |
| ) | |
| LUIS BIAGGI, ) | |
|     Defendant. ) | |

## THE GOVERNMENT'S MOTION TO WITHDRAW INFORMATION TO ESTABLISH PRIOR CONVICTION (D. 42)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, through his undersigned Assistant United States Attorney, respectfully moves to withdraw its Notice of Prior Conviction [D.42] pursuant to Title 21, United States Code, Section 851, filed on August 22, 2006.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: /s/ Paul Hart Smyth
    _____
    Paul Hart Smyth
    Assistant U.S. Attorney

Dated: September 6, 2006