UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: SHERIFF, HAMPDEN COUNTY HOUSE OF CORRECTION, LUDLOW, MA

YOU ARE COMMANDED to have the body of   LUIS BIAGGI _now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1550 Main St., U.S. Marshal's Office, 4th Floor, Springfield, Massachusetts on __11/15/06_, at _2:00 p.m._   for the purpose of SENTENCING HEARING

in the case of UNITED STATES OF AMERICA V. LUIS BIAGGI

C.R. 05-30043-MAP

And you are to retain the body of said_LUIS BIAGGI_ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said_LUIS BIAGGI_ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this__8TH_ day of__NOVEMBER, 2006___.


PONSOR, D.J.
UNITED STATES DISTRICT JUDGE

                              SARAH THORNTON
                              CLERK OF COURT
SEAL

                              By:_ s/Elizabeth A.. French_
                              Deputy Clerk


(Habeas Writ.wpd - 2/2000)                              [kwhcap.] or
                                                        [kwhcat.]