UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 05-30043-MAP |
| | ) | |
| LUIS BIAGGI, | ) | |
|     Defendant | ) | |

## MOTION OF DEFENDANT TO STRIKE LANGUAGE FROM PRE-SENTENCE REPORT

NOW COMES the defendant, Luis Biaggi, and respectfully moves this Honorable Court to order the United States Probation Department to strike from the Pre-Sentence Report, at page 15 through 16, the caption "Pending Charges" and the description of the pending charges and recitation of details gleaned from police reports regarding those charges.

The defendant cites the following reasons and grounds in support of this motion:

1. The pending charges are not relevant conduct.

2. The inclusion of this information is not consistent with the *spirit* of the rule of *Shepard v. U.S.*, 544 U.S. 13, 125 S.Ct. 1254, 1256 (2005); *Jones v. United States*, 526 U.S. 227, 243, n. 6, 119 S.Ct. 1215, 143 L.Ed.2d 311, and *Apprendi v. New Jersey*, 530 U.S. 466, 490, 120 S.Ct. 2348, 147 L.Ed.2d 435, that any fact other than a prior conviction sufficient to raise the limit of a possible federal sentence must be found by a jury, absent a waiver by the defendant.

3. The pending charges are not matters the Court should consider in sentencing.

4. The inclusion of such information regarding pending charges is unfair to a defendant, who cannot prudently respond for fear of revelation of work product or trial strategy.

5. The inclusion of details regarding the pending charges is prejudicial to the defendant, as the Pre-Sentence Report is used by the Federal Bureau of Prisons to determine the classification of the defendant, his or her ability to obtain furloughs, and his eligibility for programs within an institution.

6. The Government would not be prejudiced by allowance of this motion.

For the foregoing reasons, the defendant asks that this motion be allowed.

The Defendant,
Luis Biaggi

By: /s/ John S. Ferrara
John S. Ferrara, Esq.
Dalsey, Ferrara & Albano
73 State Street, Suite 101
Springfield, MA 01103
Tel. No. (413) 736-6971
Fax No. (413) 746-9224
BBO No. 542078

CERTIFICATE OF SERVICE

I, John S. Ferrara, hereby certify that the forgoing document has been filed electronically on this date, November 15, 2006, and upon information and belief will be forwarded to the Office of the United States Attorney, and a copy will be hand-delivered to the Government and the Office of Probation.

/s/ John S. Ferrara
John S. Ferrara, Esq.